USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

ROBERT S. MONACO,

                Plaintiff,

        v.

U.S. FOODSERVICE, INC. and OGUGUO JORJI,

              Defendants.

------------------------------------------------x

Case No.: 08 CV 01475
(JGK/MHD)

STIPULATION
EXTENDING TIME TO ANSWER

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, as follows:

        1.    The time for defendants U.S. Foodservice, Inc. and Oguguo Jorji (collectively, "Defendants"), to answer or otherwise move with respect to the summons and complaint in the above-captioned action is hereby extended to and including April 14, 2008.

        2.    It is further stipulated and agreed that Defendants shall not assert ineffective service of process as a defense to this action.

        3.    This Stipulation may be signed in counter-parts and delivered via facsimile.

        [SIGNATURES TO FOLLOW IMMEDIATELY ON NEXT PAGE]

Dated: New York, New York
     March 19, 2008

ABRAMS GARFINKEL
MARGOLIS BERGSON, LLP

By: _____
   Robert J. Bergson (RJB-5271)

237 West 35th Street, Fourth Floor
New York, New York 10001
(212) 201-1175

Attorneys for Defendants


BARRY, McTIERNAN & WEDINGER

By: _____
   Laurel A. Wedinger (LAW-6464)

1024 Amboy Avenue
Edison, NJ 08837-2807
(732) 225-3510

Attorneys for Plaintiff


SO ORDERED,

_____
   3/20/08