ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
Robert J. Bergson (RJB-5271)
237 West 35th Street
Fourth Floor
New York, NY 10001
Telephone: (212) 201-1170
Attorneys for Defendants U.S. Foodservice, Inc.
and Jorji Oguguo s/h/a Oguguo Jorji

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ROBERT S. MONACO,                                  Case No.: 08 CV 01475
                                                   (JGK/MHD)
                    Plaintiff,
                                                   **RULE 7.1 STATEMENT**

    v.

U.S. FOODSERVICE, INC. and OGUGUO JORJI,

                    Defendants.

------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants US Foodservice, Inc. and Jorji Oguguo s/h/a Oguguo Jorji ("Defendants") certifies as follows: Defendants have no publicly traded parents, affiliates and/or subsidiaries.

Dated: New York, New York
April 14, 2008

        ABRAMS GARFINKEL
        MARGOLIS BERGSON, LLP

By: _____
    Robert J. Bergson (RJB-5271)
237 West 35th Street
Fourth Floor
New York, NY 10001
(212) 201-1170

*Attorneys for Defendants*
  U.S. Foodservice, Inc. and Jorji Oguguo,
   s/h/a Oguguo Jorji

-2-