UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

ROBERT S. MONACO,

                             Plaintiff,

    – against –

U.S. FOODSERVICE, INC., et al.,

                            Defendants.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2008

08 Civ. 1475 ( JGK )( MHD )

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C.§ 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| | ___ Social Security |
| _X_ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ |
| ___ Inquest After Default/Damages Hearing | All such motions: ____ |

SO ORDERED.

DATED:    New York, New York
              June 16, 2008

                                                                   John G. Koeltl
                                                                   United States District Judge

* Do not check if already referred for general pretrial.